■ ELIZABETH MELSKI, Respondent, v JOHN JACOBI, SR., Appellant. [600 NYS2d 646] —Motion to dismiss appeal granted. Memorandum: The order is not appealable *(see,* Family Ct Act § 1112) and appellant failed to respond to the motion. Present —Pine, J. P., Balio, Lawton, Boomer and Davis, JJ. (Filed May 20, 1993.)

■ BARBARA J. N. RUSSELL, Appellant, v THOMAS W. KNOP, Respondent. [600 NYS2d 646] —Motion to dismiss appeal denied. Memorandum: We grant an extension of time to file the notice of appeal and we deem the filing on October 29, 1992 to be timely *(see,* CPLR 5520 [a]). Present—Pine, J. P., Balio, Lawton, Boomer and Davis, JJ. (Filed May 20, 1993.)

■ JOSEPH N. FORTH, by NICHOLAS J. FORTH, His Attorney-In-Fact, Appellant, v FRANK J. McQUIRE, Doing Business as AUTUMN VIEW MANOR, et al., Respondents. [600 NYS2d 646] — Motion to dismiss appeal granted. Memorandum: The appeal taken on behalf of the petitioner is dismissed because petitioner died before the taking of the appeal and no substitution has been made pursuant to CPLR 1021 *(see, Weber v Bellinger,* 124 AD2d 1009). Under CPLR 1022, the time for taking an appeal is extended for 15 days after substitution is made unless the court should order otherwise. Present—Pine, J. P., Balio, Lawton, Boomer and Davis, JJ. (Filed May 20, 1993.)